NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GERREN J. McDONALD,                    )
                                       )
      Appellant,                       )
                                       )
v.                                     )          Case No. 2D17-744
                                       )
REGIONS BANK d/b/a Regions Mortgage,   )
                                       )
      Appellee.                        )
_____)

Opinion filed February 2, 2018.

Appeal from the Circuit Court for
Hillsborough County; Mark Kiser, Judge.

Mark P. Stopa of Stopa Law Firm, Tampa,
for Appellant.

Hope T. Cannon and Richard K. Vann, Jr.
of Bradley Arant Boult Cummings LLP,
Birmingham, Alabama, for Appellee.

PER CURIAM.

      Affirmed.

NORTHCUTT, MORRIS, and BLACK, JJ., Concur.